AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas
ENTERED

# UNITED STATES DISTRICT COURT

APR 1 5 2005

## Southern District of Texas

### Holding Session in Brownsville

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**Eloy Humberto Herrera-Pequeno** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: **1:04CR00211-001**<br><br>USM Number: 32883-179 |

☐ See Additional Aliases.

Cesar Amador
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Mandatory and Special _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Mandatory Condition: The offender shall not commit another federal, state or local crime. | 12/07/2004 |
| 2 | Mandatory Condition: The Offender shall not commit another federal, state or local crime | 12/07/2004 |
| 3 | Special Condition: The offender is not to re-enter the United States illegally. | 12/07/2004 |

☐ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-None

Defendant's Date of Birth: 1965

Defendant's Residence Address:
Reynosa, Tamaulipas, Mexico

Defendant's Mailing Address:
Reynosa, Tamaulipas, Mexico

03/28/2005
Date of Imposition of Judgment

Signature of Judge

**HILDA G. TAGLE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

4/14/05
Date

RDO | 209809

AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 2 -- Imprisonment

Judgment -- Page 2 of 2

DEFENDANT:   **Eloy Humberto Herrera-Pequeno**
CASE NUMBER:   **1:04CR00211-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of _____12 months._____

It is the order of the Court that the PSI in this case is for use by the Bureau of Prisons employees only and SHALL NOT be further disclosed to any other party (other than the defendant), agency or individual without written permission of this Court, except in instances of escape or failure to surrender, when the report is needed by the U.S. Marshals.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL